# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case No: 2:21-cv-04867-PD

Honorable: Paul S. Diamond

MELODY GROFF on behalf of herself and on behalf of all others similarly situated,

    Plaintiff,

v.

M.A.G. ENTERPRISES, INC., d/b/a Cheerleaders Philadelphia; EVANS & SANTARELLI, INC.; JOHN A. MEEHAN; and DOES 1 through 10,

    Defendants.

## STIPULATED FED. R. CIV. P. 41(a) DISMISSAL
## OF OPT-IN HEATHER BITTING

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a), Opt-in Heather Bitting hereby voluntarily dismisses all of her claims in the above-captioned matter without prejudice.

Ms. Bittings claims are currently stayed in favor of arbitration [Doc. No. 16; JAMS Ref. No. 5450000199] and have not been compromised or resolved. This stipulation is signed by all partied who have appeared. This stipulation does not affect the named plaintiff or other opt-in plaintiffs.

    STIPULATED to by:

                                             For Plaintiff,

                                             */s/ John P. Kristensen*
                                             John P. Kristensen
                                             California Bar No. 224132
                                             (*Pro Hac Vice*)
                                             **CARPENTER & ZUCKERMAN**
                                             8827 W. Olympic Blvd.
                                             Beverly Hills, California 90211
                                             Telephone: (310) 273-1230

kristensen@cz.law

***Attorneys for Plaintiffs and all others similarly situated***

For Defendants,

*/s/ Gaetan J. Alfano*
Gaetan J. Alfano, Esquire
PIETRAGALLO GORDON ALFANO
  BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Tel.: 412-263-1849
Fax: 412-263-4275
JAS@Pietragallo.com

***Attorneys for Defendant M.A.G. Enterprises, Inc. and John A. Meehan***

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the CM/ECF system.

*/s/ Gaetan J. Alfano*
Gaetan J. Alfano, Esquire
PIETRAGALLO GORDON ALFANO
 BOSICK & RASPANTI, LLP