IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY GROFF, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 21-4867 |
| | : | |
| M.A.G. ENTERPRISES, INC., | : | |
|       Defendants. | : | |

**O R D E R**

**AND NOW** this 7th day of December, 2023, it is hereby **ORDERED** that the Clerk of Court **SHALL** remove this case from civil suspense and return this case to the active docket. It is further **ORDERED** that in accordance with Defendants' Offers of Judgment and Plaintiffs' acceptances pursuant to F.R.C.P. 68 (Doc. Nos. 21, 22, 23), Judgment is entered:

1. in favor of Plaintiff Melody Groff and against Defendants M.A.G. Enterprises, Inc. and John A. Meehan in the amount of $33,000.00, inclusive of reasonable attorneys' fees and costs.

2. in favor of Plaintiff Patria Desbonnes and against Defendants M.A.G. Enterprises, Inc. and John A. Meehan in the amount of $28,000.00, inclusive of reasonable attorneys' fees and costs.

3. in favor of Plaintiff Joelle Bouchard and against Defendants M.A.G. Enterprises, Inc. and John A. Meehan in the amount of $4,000.00, inclusive of reasonable attorneys' fees and costs.

The Clerk of Court **SHALL** close this case.

                                                          **AND IT IS SO ORDERED.**

                                                          /s/ *Paul S. Diamond*
                                                          _____
                                                          Paul S. Diamond, J.